# United States District Court
# Northern District of Illinois

In the Matter of

Kevin Wheeler                   Magistrate Judge Maria Valdez

          v.                            Case No. 15-CV-2627

Scriptfleet, Inc.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to a magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Andrea R. Wood**

Date: Thursday, February 18, 2016

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, February 18, 2016

District Referral - By Lot to a Magistrate Judge

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Settlement Conference

............................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: