IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KEVIN WHEELER,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**SCRIPTFLEET, INC.,**<br><br>　　　　　Defendant. | Case No. 15-cv-02627<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin Wheeler and Defendant Scriptfleet, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree as follows:

1.　　That this action, having been resolved and subject to the Settlement Agreement between the parties, should respectfully be dismissed in its entirety, with prejudice, and each party to bear its own costs and fees.

2　　Provided, however, that the Court shall maintain jurisdiction and authority over the matter for the purpose of enforcement of the Settlement Agreement between the Parties.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Kevin Wheeler*

　　　　　　　　　　　　　　　　　　　**Kevin Wheeler**
　　　　　　　　　　　　　　　　　　　667 Turtledove Lane
　　　　　　　　　　　　　　　　　　　New Lenox, IL  60451-8301
　　　　　　　　　　　　　　　　　　　(630) 333-6295
　　　　　　　　　　　　　　　　　　　gwheelock915@sbcglobal.net

-2-

/s/ *Abiman Rajadurai w/consent*
Abiman Rajadurai ARDC# 6308091

Abiman Rajadurai ARDC# 6308091
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520
arajadurai@littler.com

*Counsel for Defendant*

-3-

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system (ECF), on April 20, 2016, to the parties below. Parties may access this filing through the Court's system.

Abiman Rajadurai
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520
arajadurai@littler.com
*Counsel for Defendant*

*/s/ Eve-Lynn J. Rapp*